UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEOGRAPHIC LOCATION
INNOVATIONS LLC,

                Plaintiff,

-v.-

BELL & ROSS, INC.,

                Defendant.

21 Civ. 5535 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has been advised that Defendant in the above-captioned matter was served on July 6, 2021, and that Defendant had until July 27, 2021, to answer the complaint. (Dkt. #9). This deadline expired without a response from Defendant. The Court is further aware that on September 8, 2021, Plaintiff obtained a certificate of default from the Clerk of Court. (Dkt. #15).

    In light of this procedural history, the initial pretrial conference scheduled for October 1, 2021, is hereby ADJOURNED *sine die*. Plaintiff is directed to file the paperwork for a default judgment on or before October 21, 2021.

    SO ORDERED.

Dated:  September 21, 2021
          New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge