IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 1:21-cv-05535-KPF |
| § | |
| vs. § | PATENT CASE |
| § | |
| BELL & ROSS, INC., § § | |
| Defendant. § § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Geographic Location Innovations LLC ("Plaintiff" and/or "GLI") by and through its undersigned counsel, hereby brings this Motion for Default Judgment against Defendant, Bell & Ross, Inc. ("Defendant" and/or "Bell & Ross"), and in support states:

1. On June 24, 2021, Plaintiff GLI filed its Original Complaint against Bell & Ross, Inc. alleging infringement of U.S. Patent No. 7,917,285. (Dkt. 1).

2. On July 6, 2021, Defendant was served.

3. By July 27, 2021, Defendant was required to file an answer to the complaint.

4. To date, Defendant has not filed an answer or otherwise responded to the complaint.

5. On September 8, 2021, GLI filed its Proposed Clerk's Certificate of Default (Dkt. 14), and the same day, the court entered the Clerk's Certificate of Default (Dkt. 15).

6. GLI respectfully submits that damages should be calculated a reasonable royalty and that the reasonable royalty should be calculated as set forth in the Affidavit of Jay Johnson. *See,* **Exhibit 1**. The amount of a reasonable royalty according to this calculation is $137,500.00 U.S.D. **Id. at paragraph 12**.

7. At a minimum, damages should be no lower than $30,000.00. *See* **Exhibit 1,**

**paragraphs 13-14.**

8. Plaintiff respectfully asks this court to enter a default judgment in favor of Plaintiff ordering Defendant to pay Plaintiff an amount of damages of $137,500.00 U.S.D. but no less than $30,000.00 U.S.D.

Plaintiff requests this Court to award Plaintiff its attorney fees and expenses incurred in pursuing this matter.

Thus, Plaintiff Geographic Location Innovations, LLC, moves the Court for an order of Default Judgment.

Dated: October 14, 2021.    Respectfully submitted,

/s/Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on October 14, 2021 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/Jay Johnson
**JAY JOHNSON**