UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOGRAPHIC LOCATION
INNOVATIONS LLC,

                    Plaintiff,

          -v.-

BELL & ROSS, INC.,

                    Defendant.

21 Civ. 5535 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record during the conference held on November 18, 2021, the Court finds Defendant to have defaulted. Accepting the well-pleaded factual allegations in the Complaint as true and drawing all reasonable inferences in Plaintiff's favor, the Court finds that Plaintiff has adequately stated a claim for patent infringement against Defendant.

In light of this finding on liability, the Court has referred this matter to Magistrate Judge James L. Cott solely for the purposes of conducting an inquest on damages.

          SO ORDERED.

Dated:   November 18, 2021
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge